# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

ALICIA P.,

                    Plaintiff,

v.

FRANK BISIGNANO, *Commissioner of Social Security*,

                    Defendant.

Case No. 25-cv-3168 (LMP/DJF)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation ("R&R"), ECF No. 18, of United States Magistrate Judge Dulce J. Foster, which recommends dismissing Plaintiff Alicia P.'s Complaint, ECF No. 1, with prejudice.  No objections have been filed to the R&R in the time period permitted, and it is therefore reviewed for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1.      The R&R (ECF No. 18) is **ADOPTED**;

2.      Alicia P.'s Request for Relief (ECF No. 13) is **DENIED**;

3.      Commissioner Bisignano's Request for Relief (ECF No. 17) is **GRANTED**;

4.      The Complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 1, 2026

                    *s/Laura M. Provinzino*
                    Laura M. Provinzino
                    United States District Judge